■ In the Matter of KAREEM FAUNTLEROY, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, et al., Respondents. [960 NYS2d 686]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie

County [Penny M. Wolfgang, J.], entered August 13, 2012) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Fahey, Carni, Sconiers and Martoche, JJ.